IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Steve Wesley Gorrie**,

        **Plaintiff,**

  v.

**801 Polaris, LLC, et al.**,

        **Defendants.**

Civil Action 2:19-cv-**911**
District Judge **James L. Graham**
Magistrate Judge **Kimberley A. Jolson**

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(2), the Parties agree to the dismissal of this lawsuit with prejudice and give notice that they have settled all claims that were or could have been raised in this case. The Parties have entered into a written agreement to that effect. Each Party shall bear their own attorney's fees and costs.

IT IS SO ORDERED.

It is so ordered this 3rd day of February 2020.

s/ James L. Graham
United States District Judge

Approved as to content and form:

For Plaintiff:

**Eric Holloway Law Group, LLC**

s/ *J. Eric Holloway*

_____
J. Eric Holloway (0063857)
5650 Blazer Parkway, Suite 100
Dublin, OH 43017
614-526-8552 (D); 614-522-6789 (F)
Eric@EricHollowayLaw.com; www.EricHollowayLaw.com
Trial Counsel for Plaintiff Steve W. Gorrie


For Defendants:

s/*Heather R. Zilka* per Jan. 29, 2020 email authority
Heather R. Zilka (0070538)
Pelini, Campbell & Williams, LLC
425 Metro Place North, Suite 150
Dublin, OH 43017
(614) 389-3605 | hrzilka@pelini-law.com
Trial Counsel for Defendant 801 Polaris, LLC


s/ *David G. Jennings* per Jan. 29, 2020 email authority
David G. Jennings (0040487)
Isaac Wiles
Two Miranova Place, 7th Floor
Columbus, OH 43215
614-221-2121 | djennings@isaacwiles.com
Trial Counsel for Defendants Kaufman, LLC and
Bradley S. Slomsky